UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:25-mj-1143 | DATE: | February 14, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | |
| UNITED STATES OF AMERICA<br>v.<br>JAMES SAUNDERS KRETCHMAR | | LANGUAGE: | |
| | | ASSISTANT U.S. ATTORNEY:<br>Courtney Richardson-Jones | |
| | | DEFENSE COUNSEL: Katherine Puzone | |
| COURT REPORTER: DIGITAL | | DEPUTY CLERK: | Edward Jackson |
| TIME | 1:50-2:30  TOTAL: 40 mins | PRETRIAL: | Estefania Vega-Romero |
| | | COURTROOM: | 5D |

**PROCEEDINGS: INITIAL APPEARANCE/DETENTION HEARING**

(✓) Case called; appearances taken; procedural setting by the Court.

(✓) Court inquired of the Defendant regarding competency.

(✓) Defendant advised of Rule 5c rights.

(✓) Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓) Oral motion for counsel. Motion was granted, and counsel was appointed.

(✓) Defendant was advised of the charge(s) and penalties in the charging document.

(✓) Defendant waived the right to an identity hearing.

(✓) Oral motion by the Government for (✓) Detention ( ) Release

(✓) Proffer from Counsel for the Government.

(✓) Defendant's witness sworn and testified: Jose Navidad Molina

(✓) Counsel for the Government cross-examined the witness.

(✓)     Oral argument presented.

(✓)     Court (✓) granted the motion for detention ( ) denied the motion for detention.

(✓)     Order of Detention entered.

(✓)     Order of Removal and Commitment entered.