# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:25-mj-1143**

**JAMES SAUNDERS KRETCHMAR**

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5c FED.R.CRIM.P.

James Saunders Kretchmar, having been arrested and presented before me for removal proceedings pursuant to Rule 5c Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5c thereof, the following has occurred of record.

An Initial Appearance on the Rule 5c Indictment from the District of Columbia was held on February 14, 2025.

Based on the defendant's waiver of identity hearing, I find that JAME SAUNDERS KRETCHMAR is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **JAMES SAUNDERS KRETCHMAR** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 14, 2025.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
Counsel of Record